UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHET SMITH, | |
| Plaintiff, | Case No. 19-CV-3373 |
| v. | Judge John Z. Lee |
| COOK COUNTY et al., | |
| Defendants. | |

**JOINT STATUS REPORT**

Plaintiff, Chet Smith (hereinafter "Plaintiff"), through attorneys Peter J. McAndrews, Rajendra Andrew Chiplunkar, and Ashley Marie Ratycz, and Defendants Lt. Calderone, Cook County, Illinois, Division 9 Superintendent, Sgt. Duran, Newworld Eboigbe, Torrence Gresham-Trotter, Eva Hannah, Sarah Iguodala, Helen Iwuchukwu, David Joyner, Candice Kaminski, Velinda Llorens, Javan Lloyd, Shirley McMcBride, Bernard Menutt, Correctional Officer Mitchell, Cendi Morgan, Annette Myers, Felicia Ogbuli, Evelyn Okeke, Correctional Officer Pondexter, Rekiya Randle, Susie Smith-Awolaja, Karen Turner, Velinda Vercher, and Lourdes Welbon, (hereinafter "Defendants") by and through their attorney, Kimberly M. Foxx, through her Assistant State's Attorney, Antonio Lee (together, the "Parties"), pursuant to Court Order on November 18, 2022 (Dkt. No. 146), submit the following Joint Status Report:

1. On November 16, 2022, the Parties filed a motion for reinstatement of summary judgment on the issue of exhaustion, or in the alternative, for a hearing pursuant to *Pavey v. Conley* (hereinafter, the "Motion"). *See* Dkt. No. 144.

2. On November 18, 2022, the Court granted the Parties' Motion and instructed the Parties to file a brief joint status report confirming the list of briefs and filings in connection with the Motion. *See* Dkt. No. 146.

3. The Parties confirm the following list of relevant briefs and filings in connection with the Motion:

   a. Dkt. No. 131: Defendants' Motion for Summary Judgment on the Issue of Exhaustion

   b. Dkt. No. 132: Defendants' Local Rule 56.1(a) Statement of Material Facts

   c. Dkt. No. 133: Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment on the Issue of Exhaustion

   d. Dkt. No. 134: Plaintiff's Memorandum of Law in Response to Defendants' Motion for Summary Judgment on the Issue of Exhaustion

   e. Dkt. No. 135: Plaintiff's Response to Defendants' Statement of Material Facts and Statement of Additional Facts pursuant to Local Rule 56.1

   f. Dkt. No. 136: Defendants' Response to Plaintiff's Additional Facts pursuant to Local Rule 56.1(b)

   g. Dkt. No. 137: Defendants' Reply Brief in Support of Their Motion for Summary Judgment on the Issue of Exhaustion

   h. Dkt. No. 145: Transcript of Proceedings Held on May 6, 2022

**Date: December 2, 2022.**

| For Plaintiff: | For Defendants: |
|---|---|
| */s/* Peter J. McAndrews | */s/* Antonio Lee |
| Peter J. Andrews | Antonio Lee |
| McAndrews, Held & Malloy, P.C. | Cook County State's Attorney's Office |
| 500 West Madison Street, Suite 3400 | 500 Richard Daley Center |
| Chicago, IL 60661 | Chicago, IL 60602 |
| *One of the Attorneys for Plaintiff* | *Attorney for Defendants* |