MR

8-5-24                                                                                    JC

HON Judge Pacold                          Smith V Cook County
219 S Dearborn                            19.CV.03373
Chicago IL. 60604

   Re: Judical determination 19-CV-03373

Plaintiff request Judical determination in regard to Pavey
Hearing May 5 2022 that was heard by the HON Judge Lee,

It's been over 2½ years Since this hearing. For the above
Stated reason plaintiff request this Honorable Court to rule
on the issues involved at the hearing. Please send Status
update.

            Best Regards

            Chet Smith 20180909024
            2700 S California
            Chicago IL. 60608

FILED

AUG 12 2024 KG

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Chet Smith    20180909024

2700 S California

Chicago IL. 60608

S SUBURBAN IL 604

8 AUG 2024  PM 5

usa forever

Legal

Mail

US Clerk Office

219 S Dearborn

Chicago IL. 60604

60604-170299



08/12/2024-20